JAMES R. SUTTON, State Bar No. 135930
BRADLEY W. HERTZ, State Bar No. 138564
THE SUTTON LAW FIRM, PC
150 Post Street, Suite 405
San Francisco, CA 94108
Tel: 415/732-7700
Fax: 415/732-7701
jsutton@campaignlawyers.com
bhertz@campaignlawyers.com

QUENTIN L. KOPP, State Bar No. 25070
380 West Portal Ave.
San Francisco, CA 94127
Tel: 415/681-5555
Fax: 415/242-8838
quentinlkopp@gmail.com

Attorneys for Plaintiffs
THE COMMON SENSE PARTY,
TOM CAMPBELL, DEBBIE BENREY,
and MICHAEL TURNIPSEED

# THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE COMMON SENSE PARTY; TOM CAMPBELL, in his capacity as official representative of the Common Sense Party and as a registered voter in the Common Sense Party; and DEBBIE BENREY and MICHAEL TURNIPSEED, as registered voters in the Common Sense Party,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>ALEX PADILLA, in his official capacity as Secretary of State of California; and DOES 1-20,<br><br>　　　　Defendants.<br>_____ | Case No. 2:20-CV-01091-MCE-CKD<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR TEMPORARY RESTRAINING ORDER AND/OR PRELIMINARY INJUNCTION**<br><br><br>Judge Morrison C. England, Jr.<br>Magistrate Judge Edmund F. Brennan |

[PROPOSED] ORDER GRANTING MOTION FOR TEMPORARY RESTRAINING ORDER AND/OR
PRELIMINARY INJUNCTION; Case No. 2:20-CV-01091-MCE-CKD

1

1    The Court, having reviewed Plaintiffs THE COMMON SENSE PARTY, TOM
2 CAMPBELL, DEBBRIE BENREY and MICHAEL TURNIPSEED'S ("Plantiffs")
3 motion for temporary restraining order and/or preliminary injunction, Memorandum of
4 Points and Authorities, Declarations and Exhibits, hereby orders that Defendant ALEX
5 PADILLA ("Defendant") refrain from enforcing the new party qualification voter
6 registration requirements, as codified in Elections Code section 5151(c), against the
7 Common Sense Party.

8    Unless the temporary restraining order prayed for is granted, irreparable injury will
9 result to Plaintiffs before the matter can be heard on regular notice.  Plaintiffs' motion for
10 temporary restraining order and/or preliminary injunction is therefore GRANTED and,
11 pending a trial on the merits, this Court hereby enjoins Defendant from enforcing
12 Elections Code section 5151(c) as applied to Plaintiffs for qualification of the Common
13 Sense Party in the upcoming November 3, 2020 presidential election.

14    The time, date and place of the hearing on the motion for preliminary injunction
15 shall be __:__ a.m./p.m on _____, 2020 in courtroom ____ of this court. All
16 responsive papers regarding the motion must be filed by Defendant by _____, 2020,
17 and Plaintiffs' reply papers, if any, must be filed by _____, 2020.

18    This temporary restraining order is _not_ conditioned upon Plaintiffs' posting of a
19 bond, pursuant to the provisions of Rule 65(c) of the Federal Rules of Civil Procedure.

20

21 IT IS SO ORDERED.

22

23 Issued at __:__ a.m./p.m. on _____, 2020.

24
_____
25 JUDGE OF THE UNITED
STATES DISTRICT COURT,
EASTERN DISTRICT OF
26 CALIFORNIA
The Honorable Morrison C.
27 England, Jr.

28 [PROPOSED] ORDER GRANTING MOTION FOR TEMPORARY RESTRAINING ORDER AND/OR
PRELIMINARY INJUNCTION; Case No. 2:20-CV-01091-MCE-CKD