FILED

JUL 2 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| In re: THE COMMON SENSE PARTY; et al.<br><br>_____<br><br>THE COMMON SENSE PARTY; et al.,<br><br>Petitioners,<br><br>v.<br><br>UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO,<br><br>Respondent,<br><br>ALEX PADILLA, Secretary of State of California, in his official capacity as Secretary of State of California,<br><br>Real Party in Interest. | No.   20-71888<br><br>D.C. No. 2:20-cv-01091-MCE-EFB<br>Eastern District of California,<br>Sacramento<br><br>ORDER |

Before: THOMAS, Chief Judge, SCHROEDER and CALLAHAN, Circuit Judges.

Petitioners have not demonstrated that this case warrants the intervention of this court by means of the extraordinary remedy of mandamus. *See Bauman v. U.S. Dist. Court*, 557 F.2d 650 (9th Cir. 1977). Accordingly, the petition is denied.

All pending motions are denied as moot.

**DENIED.**

SM/MOATT