# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

### Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

Name of U.S. District Court: **Eastern District of California Sacramento Divisi**

U.S. District Court case number: **2:20-cv-01091-MCE-CKD**

Date case was first filed in U.S. District Court: **05/29/2020**

Date of judgment or order you are appealing: **06/26/2020**

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

◉ Yes   ◯ No   ◯ IFP was granted by U.S. District Court

---

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

The Common Sense Party; Tom Campbell; Debbie Benrey; Michael Turnipseed

Is this a cross-appeal?   ◯ Yes   ◉ No

If Yes, what is the first appeal case number?

Was there a previous appeal in this case?   ◯ Yes   ◉ No

If Yes, what is the prior appeal case number?

Your mailing address:

Sutton Law Firm

150 Post Street, Suite 405

City: San Francisco   State: CA   Zip Code: 94108

Prisoner Inmate or A Number (if applicable):

**Signature** *[signed]*   **Date** July 8, 2020

*Complete and file with the attached representation statement in the U.S. District Court*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 1                                              Rev. 12/01/2018

PRELIMINARY INJUNCTION APPEAL

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

> The Common Sense Party; Tom Campbell; Debbie Benrey; Michael Turnipseed

Name(s) of counsel (if any):

> James R. Sutton; Bradley W. Hertz
> The Sutton Law Firm

Address: 150 Post Street, Suite 405, San Francisco, CA 94108

Telephone number(s): 415/732-7700

Email(s): jsutton@campaignlawyers.com; bhertz@campaignlawyers.com

Is counsel registered for Electronic Filing in the 9th Circuit?  ● Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

> Alex Padilla

Name(s) of counsel (if any):

> Xavier Becerra; Peter Chang; Milad Dalju
> California Attorney General

Address: 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102

Telephone number(s): 415/510-3776

Email(s): Peter.Chang@doj.ca.gov

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*