1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| THE COMMON SENSE PARTY; et al.,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>ALEX PADILLA, in his official capacity as Secretary of State of California; et al.,<br><br>　　　　　　　　　　　Defendants. | Case No. 2:20-cv-01091-MCE-CKD<br><br>**ORDER EXTENDING DEFENDANT'S TIME TO RESPOND UNTIL FURTHER ORDER OF THIS COURT**<br><br>Judge: Hon. Morrison C. England, Jr. |

1    Good cause having been shown, the Court hereby ORDERS that Defendant Alex Padilla,
2 California Secretary of State, need not answer the Complaint until a later date to be set by this
3 Court. The Court further ORDERS the parties to provide a joint status report to the Court within
4 10 days after the Ninth Circuit Court of Appeals issues a decision in Plaintiffs' interlocutory
5 appeal (Case No. 20-16335).

6    IT IS SO ORDERED.

7 Dated: July 22, 2020

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE